JAMES H. PERKINS, Respondent, *v.* JAMES GORDON BENNETT,
Appellant.

Mem. of decision below, 88 Hun, 617.
(Argued October 7, 1895; decided October 22, 1895.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made June 14,
1895, which affirmed an order of the Special Term denying a
motion by defendant to vacate an order for substituted service
of a summons and to set aside the service thereunder.

*John Townshend* for appellant.

*Joseph Fitch* for respondent.

Order affirmed, with costs ; no opinion.
All concur.

---

MARTHA HAINES et al., Respondents ; JAMES M. GANO et al.
Appellants, *v.* WILLIAM A. PATTERSON et al., Respondents.

ELIZABETH PATTERSON *v.* JANE W. McCUNN et al.

JAMES M. GANO, as Executor, etc., *v.* THOMAS McCUNN, as
Executor, etc., et al.

Reported below. 87 Hun, 109.
(Argued October 7, 1895; decided October 22, 1895.)

APPEALS from order of the General Term of the Supreme
Court in the first judicial department, made May 17, 1895,
which affirmed an order of the Special Term denying application
for relief in respect to costs awarded in above-entitled actions.

*Preston Stevenson* for appellants.

*Charles Fox* for respondents.

Order affirmed, with costs ; no opinion.
All concur.